IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISC. CASE No.:   3:08MC80
3:08MJ136-138

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| DAVID C. LOCKHART, | ) | |
| GERALD H. HOLAS, JR., and | ) | |
| JASON A. ROSS, | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* upon the filing of criminal complaints against each of the persons identified herein: David C. Lockhart, Gerald H. Holas, Jr., and Jason A. Ross. *See* Individual Magistrate Case Nos.: 3:08MJ136 (Lockhart); 3:08MJ137 (Holas); and 3:08MJ138 (Ross).

The undersigned presided over certain preliminary matters in the above-captioned proceedings. On that basis, upon the filing of one or more criminal complaints, such a case would ordinarily be assigned to the docket of the undersigned.[1] In this instance, however, the investigation, as it has developed, reveals that the case(s) will lie in the Charlotte Division, and the undersigned is not regularly allocated criminal cases arising in that division. Therefore, having consulted with the Chief Judge, the undersigned will refer these matters to the Clerk for random reassignment in accordance with the Court's standing orders governing case allocation.

---

[1] "The central principles governing [allocation of criminal cases within the Charlotte Division] are: (a) preservation of the integrity of the random assignment procedure, and (b) assignment of a case to one judge throughout its course, to the extent practicable." *See* Misc. No. 3:07MC61, "In Re: Allocation of Charlotte Division Cases and Assignment of Following Preliminary Matters," filed 9-21-2007.

Signed: June 17, 2008

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge