UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08cr158 |
| | ) | |
| v. | ) | ORDER SEALING PLEA AGREEMENT |
| | ) | and BILL OF INFORMATION |
| JASON ROSS | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order, Plea Agreement, Bill of Information and all records (including docket references) of Plea & Rule 11 Hearing be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Plea Agreement, and all records (including docket references) of Plea & Rule 11 hearing be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the day of July 22, 2008.

_____
UNITED STATES MAGISTRATE JUDGE