UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00158-RJC

| | |
|---|---|
| **USA,** | )<br>)<br>)    <u>ORDER</u><br>) <br>) <br>) |
| vs. | |
| **JASON A. ROSS,** | |

**THIS MATTER** is before the Court upon a motion of the defendant for early termination of his supervised release, (Doc. No. 53), to which the government has not objected.

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. For the reasons stated in the motion, the Court finds good cause to terminate the defendant's supervised release early.

**IT IS, THEREFORE, ORDERED** that the motion, (Doc. No. 53), is **GRANTED** and the defendant's term of supervised release is terminated.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: October 13, 2016

Robert J. Conrad, Jr.
United States District Judge